IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER SALVATORE, | : |
| Plaintiff, | : |
| v. | : 3:13-CV-02975 |
| | : (JUDGE MARIANI) |
| BLUE CROSS OF NORTHEASTERN PENNSYLVANIA, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 12th DAY OF NOVEMBER, 2015, upon consideration of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 28), **IT IS HEREBY ORDERED THAT** such Motion is **DENIED**.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge